**Order filed May 14, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00087-CV

———————

**HARPINDER SINGH ET AL, Appellants**

**V.**

**GURNAM SINGH SANDHAR, ET AL, Appellees**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2013-51397**

## ORDER

The reporter's record in this case was due February 24, 2015. *See* Tex. R. App. P. 35.1. The record was not filed and no request for an extension of time was filed. On March 25, 2015, this court ordered the court reporter, **Gina Wilburn**, to file the record in this appeal on or before April 24, 2015. No record was filed.

On May 6, 2015, Gina Wilburn requested an extension of time to file the record, until June 1, 2015. The court **GRANTS** the request and issues the following order.

We order **Gina Wilburn**, the court reporter, to file the record in this appeal **on or before June 1, 2015. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Wilburn** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM